| | |
|---|---|
| INTERNATIONAL TRANSPORT WORKERS FEDERATION | UNITED STATES DISTRICT COURT |
| VERSUS | |
| YUCATAN MARINE, LTD., YARE, LTD., EUROPE, LTD., ASIA, LTD., PURPLE LINE HOLDING S.A. EASTWIND DEVELOPMENT S.A. EUROS OSLO, LLC LEPTON, LTD., and EASTWIND SHIPMANAGEMENT, PTE LTD. | MIDDLE DISTRICT OF LOUISIANA  DOCKET NUMBER:  JUDGE:  MAGISTRATE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

The Petition/Complaint of the International Transport Workers Federation (hereinafter "ITF), a trade union organisation domiciled in the United Kingdom, represents the following:

1.

Made defendants are the following:

> **YUCATAN MARINE LTD.**, Registered Owner of the M/V YUCATAN, a vessel flying the flag of Liberia, and bearing IMO Number 9146819;
> **YARE LTD.**, Registered Owner of the M/V YARE, a vessel flying the flag of Liberia, and bearing IMO Number 8323678;
> **EUROPE LTD.**, Registered Owner of the M/V SAFMARINE EUROPE, a vessel flying the flag of Marshall Island, bearing IMO NUMBER 8413875;
> **ASIA LTD.**, Registered Owner of the M/V SAFMARINE ASIA, a vessel flying the flag of Marshall Island, bearing IMO Number 8413887;
> **PURPLE LINE HOLDING S.A.**, Registered Owner of the M/V HAKUFU, a vessel flying the flag of Panama, bearing IMO Number 8603224;
> **EASTWIND DEVELOPMENT S.A.**, Registered Owner of the M/V EW COOK, a vessel flying the flag of Panama,

1

bearing IMO Number (not provided);
**EUROS OSLO LLC**, Registered Owner of the
M/V EUROS OSLO, a vessel flying the flag of Liberia,
bearing IMO Number 8716083;
**LEPTON Ltd.**, Registered Owner of the M/V ANNAPURNA,
a vessel flying the flag of Liberia, bearing IMO Number
(not provided); and
**EASTWIND SHIPMANAGEMENT PTE LTD.**, a
Singapore company whose address is 1 Maritime Square,
#10-21 HarbourFront Centre, Singapore 099253 who is the
Manager, Beneficial Owner and Owner *Pro Hac
Vice* of each of the above described vessels.

2.

Defendants entered into Special Agreements with the ITF to pay union rates of pay as set forth in each Collective Bargaining Agreement to the Burmese seafarers employed by Eastwind on the above-mentioned 8 vessels. Defendants further entered into an individual employment contract with each Burmese seafarer agreeing to pay the union rate of pay.

3.

Defendants never intended to honor their obligations contained in the Special Agreements, the Collective Bargaining Agreement, or the individual employment contracts and did not pay the rates of pay required by defendants' Agreement with the ITF and as set forth in the individual employment contracts with each Burmese seafarer.

4.

Defendants have intentionally breached the Collective Bargaining Agreement entered into with plaintiff by not paying the rates of pay required by the Collective Bargaining Agreement and the individual employment contracts executed pursuant to the Collective Bargaining Agreement. The Collective Bargaining Agreement executed by defendants on behalf of each individual vessel and

its Registered Owner granted plaintiff the right to enforce the terms and conditions of the Collective Bargaining Agreement on behalf of each individual seafarer.

5.

This is a case of admiralty and maritime jurisdiction pursuant to Federal Rules of Civil Procedure 9(h). Each of the above named vessels is subject to a maritime lien for wages earned but not paid to its seafarers represented by plaintiff herein. Plaintiff is entitled to Judgment recognizing a maritime lien for unpaid wages against each vessel *in rem*, and against each Registered Owner *in personam* for the unpaid wages and damages for defendants' tortious conduct.

6.

Plaintiff shows the defendants are guilty of fraud by virtue of their intentional misrepresentation and suppression of the truth, made with the intention to obtain an unjust advantage and cause loss and inconvenience to the plaintiff. Plaintiff shows that as a result of this bad faith fraudulent conduct, plaintiff is entitled to maritime tort damages collectively in the amount of $3,200,000.00 against defendants as is hereinafter set forth.

7.

Plaintiff is entitled to Judgment *in personam* against the following defendants for wage underpayment and tort damages, to wit:

A. YUCATAN MARINE LTD., Registered Owner of the M/V YUCATAN, EASTWIND SHIPMANAGEMENT PTE LTD., for wage underpayment in the amount of $1,000,893.76 and for maritime tort damages in the amount of $351,075.88, for a total *in personam* Judgment in the amount of $1,351,969.64;

B. YARE LTD., Registered Owner of the M/V YARE, EASTWIND SHIPMANAGEMENT PTE LTD., for wage underpayment in the amount of $1,008,142.42 and for maritime tort damages in the amount of $351,075.88, for a total *in personam* Judgment in the amount of $1,359,218.30;

C. EUROPE LTD., Registered Owner of the M/V SAFMARINE EUROPE, EASTWIND SHIPMANAGEMENT PTE LTD., for wage underpayment in the amount of $514,468.17 and for

maritime tort damages in the amount of $351,075.88, for a total *in personam* Judgment in the amount of $865,544.05;

D.      ASIA LTD., Registered Owner of the M/V SAFMARINE ASIA, EASTWIND SHIPMANAGEMENT PTE LTD., for wage underpayment in the amount of $514,838.03 and for maritime tort damages in the amount of $351,075.88, for a total *in personam* Judgment in the amount of $865,913.91;

E.      PURPLE LINE HOLDING S.A., Registered Owner of the M/V HAKUFU, EASTWIND SHIPMANAGEMENT PTE LTD., for wage underpayment in the amount of $1,663,701.81 and for maritime tort damages in the amount of $351,075.88, for a total *in personam* Judgment in the amount of $2,014,777.69;

F.      EASTWIND DEVELOPMENT S.A., Registered Owner of the M/V EW COOK, EASTWIND SHIPMANAGEMENT PTE LTD., for wage underpayment in the amount of $1,698,910.59 and for maritime tort damages in the amount of $351,075.88, for a total *in personam* Judgment in the amount of $2,049,986.47;

G.      EUROS OSLO LLC, Registered Owner of the M/V EUROS OSLO, EASTWIND SHIPMANAGEMENT PTE LTD., for wage underpayment in the amount of $313,388.37 and for maritime tort damages in the amount of $351,075.88, for a total *in personam* Judgment in the amount of $664,464.25; and

H.      LEPTON Ltd., Registered Owner of the M/V ANNAPURNA, EASTWIND SHIPMANAGEMENT PTE LTD., for wage underpayment in the amount of $477,049.81 and for maritime tort damages in the amount of $351,075.88, for a total *in personam* Judgment in the amount of $828,125.68.

8.

Plaintiff is entitled to Judgment recognizing a maritime lien for wage underpayment and tort damages on each vessel, to-wit:

A.      A maritime lien against the M/V YUCATAN, a vessel flying the flag of Liberia, for wage underpayment in the amount of $1,000,893.76 and for maritime tort damages in the amount of $351,075.88, for a total maritime lien in the amount of $1,351,969.64;

B.      A maritime lien against the M/V YARE, a vessel flying the flag of Liberia, for wage underpayment in the amount of $1,008,142.42 and for maritime tort damages in the amount of

$351,075.88, for a total maritime lien in the amount of $1,359,218.30;

C.  A maritime lien against the M/V SAFMARINE EUROPE, a vessel flying the flag of Marshall Island, for wage underpayment in the amount of $514,468.17 and for maritime tort damages in the amount of $351,075.88, for a total maritime lien in the amount of $865,544.05;

D.  A maritime lien against the M/V SAFMARINE ASIA, a vessel flying the flag of Marshall Island, for wage underpayment in the amount of $514,838.03 and for maritime tort damages in the amount of $351,075.88, for a total maritime lien in the amount of $865,913.91;

E.  A maritime lien against the M/V HAKUFU, a vessel flying the flag of Panama, for wage underpayment in the amount of $1,663,701.81 and for maritime tort damages in the amount of $351,075.88, for a total maritime lien in the amount of $2,014,777.69;

F.  A maritime lien against the M/V EW COOK, a vessel flying the flag of Panama, for wage underpayment in the amount of $1,698,910.59 and for maritime tort damages in the amount of $351,075.88, for a total maritime lien in the amount of $2,049,986.47;

G.  A maritime lien against the M/V EUROS OSLO, a vessel flying the flag of Liberia, for wage underpayment in the amount of $313,388.37 and for maritime tort damages in the amount of $351,075.88, for a total maritime lien in the amount of $664,464.25; and

H.  A maritime lien against the M/V ANNAPURNA, a vessel flying the flag of Liberia, for wage underpayment in the amount of $477,049.81 and for maritime tort damages in the amount of $351,075.88, for a total maritime lien in the amount of $818,125.68.

**WHEREFORE**, plaintiff, International Transport Workers Federation prays:

1.  For Judgment *in personam*:

A. **YUCATAN MARINE LTD.**, Registered Owner of the M/V YUCATAN, **EASTWIND SHIPMANAGEMENT PTE LTD.**, for wage underpayment in the amount of $1,000,893.76 and for maritime tort damages in the amount of $351,075.88, for a total *in personam* Judgment in the amount of $1,351,969.64;

B. **YARE LTD.**, Registered Owner of the M/V YARE, **EASTWIND SHIPMANAGEMENT PTE LTD.**, for wage underpayment in the amount of $1,008,142.42 and for maritime tort damages in the amount of $351,075.88, for a total *in personam* Judgment in the amount of $1,359,218.30;

C. **EUROPE LTD.**, Registered Owner of the M/V SAFMARINE EUROPE, **EASTWIND SHIPMANAGEMENT PTE LTD.**, for wage underpayment in the amount of $514,468.17 and for maritime tort damages in the amount of $351,075.88, for a total *in personam* Judgment in the amount of $865,544.05;

D. **ASIA LTD.**, Registered Owner of the M/V SAFMARINE ASIA, **EASTWIND SHIPMANAGEMENT PTE LTD.**, for wage underpayment in the amount of $514,838.03 and for maritime tort damages in the amount of $351,075.88, for a total *in personam* Judgment in the amount of $865,913.91;

E. **PURPLE LINE HOLDING S.A.**, Registered Owner of the M/V HAKUFU, **EASTWIND SHIPMANAGEMENT PTE LTD.**, for wage underpayment in the amount of $1,663,701.81 and for maritime tort damages in the amount of $351,075.88, for a total *in personam* Judgment in the amount of $2,014,777.69;

F. **EASTWIND DEVELOPMENT S.A.**, Registered Owner of the M/V EW COOK, **EASTWIND SHIPMANAGEMENT PTE LTD.**, for wage underpayment in the amount of $1,698,910.59 and for maritime tort damages in the amount of $351,075.88, for a total *in personam* Judgment in the amount of $2,049,986.47;

G. **EUROS OSLO LLC**, Registered Owner of the M/V EUROS OSLO, **EASTWIND SHIPMANAGEMENT PTE LTD.**, for wage underpayment in the amount of $313,388.37 and for maritime tort damages in the amount of $351,075.88, for a total *in personam* Judgment in the amount of $664,464.25; and

H. **LEPTON Ltd.**, Registered Owner of the M/V ANNAPURNA, **EASTWIND SHIPMANAGEMENT PTE LTD.**, for wage underpayment in the amount of $477,049.81 and for maritime tort damages in the amount of $351,075.88, for a total *in personam* Judgment in the amount of $828,125.68.

2. Further, plaintiff prays for Judgment recognizing maritime liens, wage underpayments and tort damages, to-wit:

A. A maritime lien against the M/V YUCATAN, a vessel flying the flag of Liberia, for wage underpayment in the amount of $1,000,893.76 and for maritime tort damages in the amount of $351,075.88, for a total maritime lien in the amount of $1,351,969.64;

B. A maritime lien against the M/V YARE, a vessel flying the flag of Liberia, for wage underpayment in the amount of $1,008,142.42 and for maritime tort damages in the amount of $351,075.88, for a total maritime lien in the amount of $1,359,218.30;

C. A maritime lien against the M/V SAFMARINE EUROPE, a vessel flying the flag of Marshall Island, for wage underpayment in the amount of $514,468.17 and for maritime tort damages in the amount of $351,075.88, for a total maritime lien in the amount of $865,544.05;

D. A maritime lien against the M/V SAFMARINE ASIA, a vessel flying the flag of Marshall Island, for wage underpayment in the amount of $514,838.03 and for maritime tort damages in the amount of $351,075.88, for a total maritime lien in the amount of $865,913.91;

E. A maritime lien against the M/V HAKUFU, a vessel flying the flag of Panama, for wage underpayment in the amount of $1,663,701.81 and for maritime tort damages in the amount of $351,075.88, for a total maritime lien in the amount of $2,014,777.69;

F. A maritime lien against the M/V EW COOK, a vessel flying the flag of Panama, for wage underpayment in the amount of $1,698,910.59 and for maritime tort damages in the amount of $351,075.88, for a total maritime lien in the amount of $2,049,986.47;

G. A maritime lien against the M/V EUROS OSLO, a vessel flying the flag of Liberia, for wage underpayment in the amount of $313,388.37 and for maritime tort damages in the amount of $351,075.88, for a total maritime lien in the amount of $664,464.25; and

H. A maritime lien against the M/V ANNAPURNA, a vessel flying the flag of Liberia, for

wage underpayment in the amount of $477,049.81 and for maritime tort damages in the amount of $351,075.88, for a total maritime lien in the amount of $828,125.68; and

3. Further, plaintiff prays for all other equitable relief and costs of this proceeding.

/s/ Richard J. Dodson
Richard J. Dodson (La. Bar Roll #4982)
Michael A. Colomb (La. Bar Roll #1035)
**DODSON, HOOKS & FREDERICK, APLC**
City Plaza One, Suite #850
445 North Boulevard
Baton Rouge, LA 70802
Telephone: 225-756-0222
Facsimile: 225-756-0025