| | |
|---|---|
| INTERNATIONAL TRANSPORT WORKERS FEDERATION | UNITED STATES DISTRICT COURT |
| VERSUS | MIDDLE DISTRICT OF LOUISIANA |
| YUCATAN MARINE, LTD., YARE, LTD., EUROPE, LTD., ASIA, LTD., PURPLE LINE HOLDING S.A. EASTWIND DEVELOPMENT S.A. EUROS OSLO, LLC LEPTON, LTD., and EASTWIND SHIPMANAGEMENT, PTE LTD. | DOCKET NUMBER: 3:11-cv-00208 JUDGE: RALPH E. TYSON (RET) MAGISTRATE: DOCIA L. DALBY (DLD) |

*********************************************************************

## ANSWER

**NOW INTO COURT** come defendants, Yucatan Marine, Ltd. Yare, Ltd., Europe, Ltd., Asia, Ltd., Purple Line Holding S.A., Eastwind Development S.A., Euros Oslo, LLC, Lepton, Ltd., and Eastwind Shipmanagement, PTE LTD., who Answer the Complaint as follows:

1.

Defendants admit the allegations of Paragraph 1.

2.

Defendants admit the allegations of Paragraph 2.

3.

Defendants admit the allegations of Paragraph 3.

4.

Defendants admit the allegations of Paragraph 4.

5.

Defendants admit the allegations of Paragraph 5.

6.

Defendants admit the allegations of Paragraph 6.

7.

Defendants admit the allegations of Paragraph 7.

8.

Defendants admit the allegations of Paragraph 8.

**WHEREFORE**, defendants pray that this Answer be deemed good and sufficient and that Judgment be entered herein accordingly.

Respectfully Submitted:

For the Defendants,
YUCATAN MARINE LTD.;
YARE, LTD.;
EUROPE, LTD.;
ASIA, LTD.;
EUROS OSLO, LLC;
PURPLE LINE HOLDING S.A.;
EASTWIND DEVELOPMENT S.A.;
LEPTON, LTD; and
EASTWIND SHIPMANAGEMENT PTE LTD.:
**CHAFFE MCCALL, L.L.P.**

/s/Derek A. Walker
Derek A. Walker (#13175)
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 585-7000
Facsimile: (504) 585-7075